IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JESSE WOODRUFF JONES,

    Plaintiff,

vs.                                    CIVIL ACTION NO.: CV505-079

TODD THOMAS, Warden,

    Defendant.

## ORDER

As the undersigned has entered a Report and Recommendation addressing Defendant's Motion for Summary Judgment, Defendant's Motion to Grant Unopposed Motion is **dismissed**.

**SO ORDERED**, this 12th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)